

NUMBER 13-19-00179-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EDINBURG CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT
AND DR. RENE GUTIERREZ, IN HIS
OFFICIAL CAPACITY AS
SUPERINTENDENT OF ECISD,                          Appellants,

v.

JANE CROSS AND JERRY RIVERA,                      Appellees.

---

On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Longoria**

Appellants, Edinburg Consolidated Independent School District and Dr. Rene

Gutierrez, in his Official Capacity as Superintendent of ECISD, filed an accelerated

appeal from an order entered by the County Court at Law No. 1 of Hidalgo County, Texas,

in cause number CL-19-1591-A.   Appellants have filed an unopposed motion to dismiss for lack of subject matter jurisdiction.   Appellants request that this Court dismiss the appeal without prejudice.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE.   Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
13th day of June, 2019.